UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No. 24-22875-CIV-ALTONAGA/REID

MAINSAIL PARENT, LLC
d/b/a ASPIRION, a Delaware limited
liability company, and
SPECIALIZED HEALTHCARE
PARTNERS, LLC, a Florida limited
liability company,

        Plaintiffs,

v.

DAVID JEWELL, individually,
MICHAEL CAMERON, individually,
ALISHA MAYS, individually,
MEGAN KELLY, individually, and
TERNIUM, LLC, a Delaware
limited liability company.

        Defendants.
_____/

**PLAINTIFFS' NOTICE OF POSTING
TEMPORARY RESTRAINING ORDER BOND**

        Plaintiffs Specialized Healthcare Partners, LLC and Mainsail Parent, LLC d/b/a Aspirion, pursuant to Fed. R. Civ. P. 65 and paragraph V.1.f of this Court's Order Granting Temporary Restraining Order and Setting Preliminary Injunction Hearing [D.E. 17], hereby give notice of the posting of a security bond in the amount of $16,000.00 with the Clerk of the Court, United States District Court for the Southern District of Florida, Miami Division ("Clerk"), Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Miami, Florida 33128. A copy of the Clerk's receipt of the security bond is attached as **Exhibit 1** hereto.

1

Respectfully submitted,

/s/ *Jorge D. Guttman*
Jorge D. Guttman
Florida Bar No. 15319
jguttman@gunster.com
Becky N. Saka
Florida Bar No. 1010315
bsaka@gunster.com
Nicolaos Soulellis
Florida Bar No. 1031737
nsoulellis@gunster.com
**GUNSTER**
600 Brickell Avenue, Suite 3500
Miami, FL 3313
Tel: 305-376-6000

Robert B. Gilmore (admitted *pro hac vice*)
Kevin L. Attridge (admitted *pro hac vice*)
Samantha P. Christensen (admitted *pro hac vice*)
Jacqueline C. Lau (admitted *pro hac vice*)
**STEIN MITCHELL BEATO & MISSNER LLP**
2000 K Street NW, Suite 600
Washington, DC 20005
Tel: 202-737-7000
RGilmore@steinmitchell.com
KAttridge@steinmitchell.com
SChristensen@steinmitchell.com
JLau@steinmitchell.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record, and that a true and correct copy of the foregoing has been served by email and by U.S. Mail on the Defendants as set forth in the following Service List.

/s/ *Jorge D. Guttman*
Jorge D. Guttman

## SERVICE LIST

| | |
|---|---|
| HERRMANN & MURPHY, PLLC<br>Sean Herrmann<br>Kevin Murphy<br>400 Clarice Ave Ste. 100<br>Charlotte, NC 28204<br>Sean@herrmannmurphy.com<br>Kevin@herrmannmurphy.com | ALISHA MAYS<br>13020 Anthorne Lane<br>Boynton Beach, FL 33436<br>Alisha.Mays@terniumrcm.com<br>Alisha.m.mays@gmail.com |
| DAVID JEWELL<br>220 Napa Valley Way<br>Chapel Hill, NC 27516<br>davemjewell@yahoo.com | MEGAN KELLY<br>815 Edgewood Dr.<br>Keller, TX 76248<br>Megan.Kelly@terniumrcm.com<br>Msimoson09@gmail.com |
| MICHAEL CAMERON<br>726 Armstrong Blvd.,<br>131 Continental Drive, Ste. 305<br>Coppell, TX 75019<br>Michael.Cameron@terniumrcm.com<br>mcameron0305@gmail.com | TERNIUM, LLC<br>c/o United States Corporation Agents, Inc.,<br>as Registered Agent<br>131 Continental Drive, Ste. 305<br>Newark, DE 19713 |