UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1-24-cv-22875-CMA

MAINSAIL PARENT, LLC
d/b/a ASPIRION,
a Delaware limited liability company, and
SPECIALIZED HEALTHCARE
PARTNERS, LLC,
a Florida limited liability company

   Plaintiffs,

v.

DAVID JEWELL, an individual,
MICHAEL CAMERON, an individual,
ALISHA MAYS, an individual,
MEGAN KELLY, an individual, and
TERNIUM LLC,
a Delaware limited liability company.

   Defendants.
_____/

**PLAINTIFFS' MOTION FOR CLARIFICATION OF
ORDER GRANTING TEMPORARY RESTRAINING ORDER
AND SETTING PRELIMINARY INJUNCTION HEARING**

  Plaintiffs, Specialized Healthcare Partners, LLC and Mainsail Parent, LLC d/b/a Aspirion (collectively, "Plaintiffs"), file this Motion for Clarification of the Order Granting Temporary Restraining Order and Setting Preliminary Injunction Hearing (DE 17) ("Order") as follows:

  1. On July 31, 2024, the Court entered the Order. The Order provides that:

  A hearing is set before the Court on **August 7, 2024, at 10:30 a.m.**, at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiffs' request for a preliminary injunction. Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them under 35 U.S.C. section 283; Federal Rule of

1

      Civil Procedure 65; the All Writs Act, 28 U.S.C. section 1651(a); and the Court's inherent authority.

Order, p. 11 (emphasis in original).

    2.    Plaintiffs only seek clarification of the above-cited section of the Order for planning purposes. Specifically, clarification is requested on whether the Court expects the August 7, 2024, hearing to be limited to oral argument relative to the evidence submitted in the Complaint (DE 1), exhibits attached to the Complaint and declarations submitted therewith, and Plaintiffs' Motion for Entry of Temporary Restraining Order and Preliminary Injunction and Memorandum of Law in Support Thereof (DE 6), or whether the Court expects that the August 7, 2024, hearing will be a full-blown evidentiary hearing with live witnesses.

    3.    Plaintiffs request clarification because, to the extent the Court expects the August 7, 2024, hearing to be a full-blown evidentiary hearing, Plaintiffs need to coordinate travel logistics for co-counsel and witnesses, many of whom reside outside of this jurisdiction and the State of Florida.

    WHEREFORE, Plaintiffs respectfully request that the Court clarify the Order as it relates to whether the hearing scheduled for August 7, 2024, will be limited to oral argument or will be an evidentiary hearing with witnesses.

[*REMAINDER OF PAGE LEFT BLANK*]

Respectfully submitted,

By: /s/ *Jorge D. Guttman*
Jorge D. Guttman
Florida Bar No. 15319
jguttman@gunster.com
Becky N. Saka
Florida Bar No. 1010315
bsaka@gunster.com
Nicolaos Soullelis
Florida Bar No. 1031737
nsoulellis@gunster.com
**GUNSTER, YOAKLEY & STEWART, P.A.**
600 Brickell Avenue, Suite 3500
Miami, FL 3313
Tel: 305-376-6000

Robert B. Gilmore (admitted *pro hac vice*)
Kevin L. Attridge (admitted *pro hac vice*)
Samantha P. Christensen (admitted *pro hac vice*)
Jacqueline C. Lau (admitted *pro hac vice*)
**STEIN MITCHELL BEATO & MISSNER LLP**
2000 K Street NW, Suite 600
Washington, DC 20005
Tel: 202-737-7000
RGilmore@steinmitchell.com
KAttridge@steinmitchell.com
SChristensen@steinmitchell.com
JLau@steinmitchell.com

*Counsel for Plaintiffs Specialized Healthcare Partners, LLC and Mainsail Parent, LLC d/b/a Aspirion*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record, and that a true and correct copy of the foregoing has been served by email and by U.S. Mail on Defendants as set forth in the following Service List.

                                                 */s/ Jorge D. Guttman*
                                                 Jorge D. Guttman

## SERVICE LIST

| | |
|---|---|
| HERRMANN & MURPHY, PLLC<br>Sean Herrmann<br>Kevin Murphy<br>400 Clarice Ave Ste. 100<br>Charlotte, NC 28204<br>Sean@herrmannmurphy.com<br>Kevin@herrmannmurphy.com | ALISHA MAYS<br>13020 Anthorne Lane<br>Boynton Beach, FL 33436<br>Alisha.Mays@terniumrcm.com<br>Alisha.m.mays@gmail.com |
| DAVID JEWELL<br>220 Napa Valley Way<br>Chapel Hill, NC 27516<br>davemjewell@yahoo.com | MEGAN KELLY<br>815 Edgewood Dr.<br>Keller, TX 76248<br>Megan.Kelly@terniumrcm.com<br>Msimoson09@gmail.com |
| MICHAEL CAMERON<br>726 Armstrong Blvd.,<br>131 Continental Drive, Ste. 305<br>Coppell, TX 75019<br>Michael.Cameron@terniumrcm.com<br>mcameron0305@gmail.com | TERNIUM, LLC<br>c/o United States Corporation Agents, Inc.,<br>as Registered Agent<br>131 Continental Drive, Ste. 305<br>Newark, DE 19713 |

ACTIVE:24142557.2