UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-25076-CIV-ALTONAGA/Reid
CASE NO. 24-22875-CIV-ALTONAGA/Reid

**MAINSAIL PARENT, LLC**; *et al.*,

    Plaintiffs,
v.

**DEVANNIE ABELL**,

    Defendants.
_____/

**MAINSAIL PARENT, LLC**; *et al.*,

    Plaintiffs,
v.

**DAVID JEWELL**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiffs, Mainsail Parent, LLC and Specialized Healthcare Partners, LLC's Unopposed Motion to Consolidate [ECF No 15], filed in Case Number 24-25076-CIV on December 31, 2024. As the title of the Motion suggests, the parties seek to consolidate the above captioned cases. For the following reasons, the Motion is granted.

Federal Rule of Civil Procedure 42 authorizes the Court to "consolidate [] actions" if they "involve a common question of law or fact[.]" Fed. R. Civ. P. 42(a) (alterations added). The above captioned cases are related actions. In Case Number 24-22875-CIV, the first-filed federal action, Plaintiffs sued Defendants, David Jewell, Michael Cameron, Alisha Mays, Megan Kelly, and Ternium LLC for alleged breaches of contract, misappropriation of trade secrets, and unfair competition. *See generally Mainsail Parent, LLC v. Jewell*, No. 24-22875-Civ, Compl. [ECF No.

1] filed July 29, 2024 (S.D. Fla. 2025) ("First-Filed Compl."). Case Number 24-25076-CIV, the second-filed federal action, involves nearly identical claims against Devannie Abell, who Plaintiffs allege participated in the same scheme as Defendants in the first-filed action. *See generally Mainsail Parent, LLC v. Abell*, No. 24-25076-Civ, Compl. [ECF No. 1] filed Dec. 23, 2024 (S.D. Fla. 2025) ("Second-Filed Compl."); *see also Jewell*, No. 24-22875-Civ, Jan. 3, 2025 Order [ECF No. 98] filed Jan 3, 2025 (S.D. Fla. 2025) (noting the relationship between the cases).

The actions involve overlapping facts, legal questions, witnesses, and evidence. *Compare* First-Filed Compl. *with* Second-Filed Compl. Consolidation of these cases is appropriate to avoid unnecessary duplication of the parties' and judicial labor and effort. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs, Mainsail Parent, LLC and Specialized Healthcare Partners, LLC's Unopposed Motion to Consolidate [ECF No 15] is **GRANTED**.

2. Case Numbers 24-22875-CIV and 24-25076-CIV are **CONSOLIDATED** for all purposes. The Clerk of Court shall **CLOSE** Case Number 24-25076-CIV. All future filings in these related actions shall be made under **Case Number 24-22875-CIV-ALTONAGA/Reid** only.

3. On or before **January 17, 2025**, Plaintiffs must file proof of service on Defendant, Devannie Abell as a separate docket entry on the Court's docket. Abell must file an answer or response within **14 days** of being served.

4. The parties shall comply with the August 16, 2024 Scheduling Order **[ECF No. 52]** entered in *Jewell*. (*See* Mot. 2). The Scheduling Order's deadlines will not be continued because of this consolidation.

CASE NO. 24-25076-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 10th day of January, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

3