David M. Duffus Volume 1
January 17, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MIAMI
MIAMI DIVISION

CASE NO.: 1:24-cv-22875-CMA

MAINSAIL PARENT, LLC,
d/b/a ASPIRION; and
SPECIALIZED HEALTHCARE
PARTNERS, LLC,

       PLAINTIFFS,

VS.

DAVID JEWELL; MICHAEL
CAMERON; ALISHA MAYS;
MEGAN KELLY; and TERNIUM LLC,

       DEFENDANTS.

_____/


VOLUME 1 of 2

REMOTE DEPOSITION OF DAVID M. DUFFUS

(Pages 1 through 17)


Friday, 01/17/2025
1:00 p.m. - 1:13 p.m.
Allegheny County, Pennsylvania


Stenographically Reported By:
Niomi L. Ross, RPR
Registered Professional Reporter
Broward County, Florida

```
 1                      APPEARANCES

 2
     On Behalf of the Plaintiffs:
 3
             STEIN MITCHELL BEATO & MISSNER, LLP
 4           2000 K ST NW
             Suite 600
 5           Washington, District of Columbia, 20006
             202-601-1589
 6           Rgilmore@steinmitchell.com
             BY:  ROBERT GILMORE, ESQUIRE (via video confer)
 7

 8   On Behalf of the Defendants:

 9           POLLARD PLLC
             401 E. Las Olas Boulevard
10           Suite 1400
             Fort Lauderdale, Florida, 33301
11           954-332-2380
             Jpollard@pollardllc.com
12           BY:  JONATHAN POLLARD, ESQUIRE (via video confer)
                  CHRISTOPHER PRATER, ESQUIRE (via video
13                confer)
                  DEAKEN SHULER, ESQUIRE (via video confer)
14

15   Also Present:
             DAVID JEWELL
16

17                          -  -  -

18

19

20

21

22

23

24

25
```

David M. Duffus Volume 1
January 17, 2025

1                    INDEX OF PROCEEDINGS

2                                                    Page
   Direct Examination by Mr. Pollard                  4

3

4  Certificate of Oath                               14
   Certificate of Stenographic Reporter              15
5  Read and Sign Letter                              16
   Errata Sheet                                      17

6

7
                           -  -  -
8

9                         EXHIBITS

10 Exhibit                Description            Page

11                         (None)

12                         -   -   -

13

14

15

16

17

18

19

20

21

22

23

24

25

David M. Duffus Volume 1
January 17, 2025

1        Remote Deposition taken before Niomi L. Ross,

2   Registered Professional Reporter and Notary Public in and

3   for the State of Florida at Large in the above cause.

4                          *****

5             THE STENOGRAPHIC COURT REPORTER:  Will the

6        witness kindly present his government issued

7        identification to the camera for verification?

8             (Witness presents his government issued

9        identification and identity verified.)

10                         *****

11            THE STENOGRAPHIC COURT REPORTER:  Raise

12        your right hand, please.

13            Do you solemnly swear or affirm that the

14        testimony you're about to give will be the whole

15        truth, to the best of your knowledge and ability,

16        under the penalty of perjury, so help you God?

17            THE WITNESS:  I do.

18   THEREUPON,

19                     DAVID M. DUFFUS

20   having been first duly sworn, was examined and testified

21   as follows:

22                     DIRECT EXAMINATION

23   BY MR. POLLARD:

24        Q.   Good afternoon, Mr. Duffus.  How are you,

25   sir?

David M. Duffus Volume 1
January 17, 2025

```
 1            A.    I'm well.  How are you?

 2            Q.    Good.

 3                  Can you hear me all right?

 4            A.    I can.

 5            Q.    Beautiful.

 6                  Mr. Duffus, have you ever testified in a

 7   court proceeding before?

 8            A.    Yes.

 9            Q.    Have you testified as an expert witness?

10            A.    Yes.

11            Q.    Can you tell me, approximately, how many

12   times you've testified as an expert witness?

13            A.    At trial, and all included in that

14   arbitration or, you know, some other form of alternative

15   dispute, in excess of 40 times.  That doesn't include

16   deposition.

17            Q.    Okay.  To your knowledge, have you ever

18   been excluded under a Daubert challenge?

19            A.    Not to my knowledge.

20            Q.    Okay.  Have you submitted an expert report

21   in connection with the litigation between Aspirion and

22   the attorney and defendants?

23            A.    I have submitted an expert report.

24            Q.    Okay.  So you are familiar with the nature

25   of these proceedings, correct?
```

David M. Duffus Volume 1
January 17, 2025

```
 1          A.    Correct.

 2          Q.    You are familiar with the allegations at

 3   issue?

 4          A.    Yes.

 5          Q.    Approximately, how much time did you spend

 6   preparing your damages report?

 7          A.    Personally, I think it was around 35 hours.

 8          Q.    When you say, personally, can you clarify

 9   what you mean by personally versus impersonally?

10          A.    Well, I have a team that works with me at

11   my firm, and so there were other individuals who spent

12   time assisting with the report.

13          Q.    Can you walk me through the process by

14   which this damages report was created?

15                MR. GILMORE:  Objection.

16                I'll give a limited instruction to the

17          witness not to disclose communications with

18          counsel that are protected by the work product

19          doctrine under the Federal Rules.

20                With that limited instruction, you can

21          answer independent of those communications.

22                MR. POLLARD:  Certainly.

23          A.    Okay.  So this may not necessarily be, you

24   know, kind of a linear discussion of the steps that took

25   place, but generally, this report unfurled, if you will,
```

David M. Duffus Volume 1
January 17, 2025

 1   in the way that most of my reports and analyses do, which

 2   is to start initially with developing an understanding of

 3   the nature of the dispute; obtaining and analyzing data

 4   and information that is pertinent to the issues; along

 5   the way I typically have discussions with client

 6   personnel; and then from there it's the development of my

 7   report, and the schedules, and other documents that go

 8   with it.

 9         Q.    Who developed the schedules?

10         A.    I along with my team.

11         Q.    In your understanding, what is the nature

12   of the industry at issue in this dispute?

13         A.    Broadly, I would characterize it as Revenue

14   Cycle Management or RCM.

15         Q.    Is it fair to specify that it's more

16   accurately described as RCM denials?

17             MR. GILMORE:  Objection to form.

18         A.    I can't comment one way or the other on

19   fairness, but certainly I understand that it's -- the

20   business is both Aspirion and attorney, and they're

21   centered on assisting clients with claims that have been

22   denied.

23   BY MR. POLLARD:

24         Q.    So can we agree on a somewhat more limited

25   definition of the industry as opposed to RCM, generally,

David M. Duffus Volume 1
January 17, 2025

```
 1   which is very broad, we could classify this as RCM

 2   denials industry?

 3                MR. GILMORE:  Objection.  Form, foundation.

 4        A.     Yeah, again, I'm not sure that I can agree

 5   to limiting the characterization.  I understand that both

 6   are participants in the RCM industry, and that they

 7   addressed denied claims.  It doesn't mean that perhaps

 8   there's other aspects to the business.

 9   BY MR. POLLARD:

10        Q.     Could you provide me just in a couple of

11   sentences a high level synopsis of what your theory here

12   is?

13        A.     My theory of what?

14        Q.     You're here to testify that the actions of

15   the attorney and defendants have caused Aspirion loss

16   revenue; is that correct?

17        A.     Maybe you could define for me what you mean

18   by the attorney and defendants?

19        Q.     The attorney and defendants are the four

20   defendants in this litigation:  Cameron, Jewell, Mays,

21   Kelly --

22                MR. GILMORE:  Objection to form.

23   BY MR. POLLARD:

24        Q.     -- and their company.

25        A.     I'm sorry.  I'm not sure I'm understanding.
```

David M. Duffus Volume 1
January 17, 2025

1           Are there four or five defendants in your

2    characterization?

3           Q.    Well, there's the four in this case, and

4    then there's another defendant named Abel, which was a

5    separate lawsuit that has been consolidated.

6           So you can tell me.  You're the one who's

7    the expert saying that there have been millions of

8    dollars worth of loss profits.

9           I'm asking you who caused the loss profits?

10          Who are you pinning this on, Mr. Duffus?

11          MR. GILMORE:  Objection.  Form, foundation.

12          Jonathan, I don't know if you're purposely

13          leaving out attorney as the fifth defendant in the

14          first case or perhaps if you're just overlooking

15          it.

16          MR. POLLARD:  Can you please spare me the

17          speaking objections, Robert?

18          I'm just trying to ask some questions and

19          get clarity in his understanding.

20          MR. GILMORE:  Well, it's not a speaking

21          objection.

22          MR. POLLARD:  It is a speaking objection.

23          It's improper under the rules.

24          MR. GILMORE:  No.  That's incorrect.

25          You may interrupt --

David M. Duffus Volume 1
January 17, 2025

```
 1    BY MR. POLLARD:

 2          Q.    Mr. Duffus --

 3                MR. GILMORE:  You may interrupt when you

 4          mentioned four defendants, and Mr. Duffus was

 5          confused because there were five defendants in the

 6          first case.

 7                MR. POLLARD:  This is a speaking objection,

 8          which is improper under the Southern District

 9          local rules.  Please limit the speaking objection.

10                MR. GILMORE:  It's not a speaking

11          objection.

12                You have to make a good faith basis for

13          your questions.  You can't misrepresent pertinent

14          information and ask --

15                MR. POLLARD:  Mr. Gilmore, we will call the

16          court, and we will talk to the judge.

17                MR. GILMORE:  We all know there are five

18          defendants here, okay?

19                So I don't know why you're saying there's

20          four defendants in the first case, and Mr. Abel is

21          the sixth.

22                So it doesn't seem controversial.  It seems

23          that there was some confusion.  Maybe you were

24          miscounting.

25
```

David M. Duffus Volume 1
January 17, 2025

```
 1   BY MR. POLLARD:

 2        Q.    To clear up any confusion, okay, you have

 3   submitted a damages report in which you submit that the

 4   attorney and defendants, the four principals, and their

 5   company attorney, and that's five, have caused Aspirion

 6   loss profits, correct?

 7        A.    I've been calculating loss profits

 8   associated with five defendants.

 9        Q.    Okay.   And to what do you attribute

10   Aspirion's losses or alleged losses?

11             MR. GILMORE:   Objection.   Form.

12        A.    Well, I mean, I think there has been

13   allegations in this.   You know, certainly, defer to my

14   report in terms of capturing everything, but I think

15   there's allegations as it relates to at least two of the

16   defendants regarding violations of employment agreements,

17   including with respect to the solicitation and servicing

18   of Aspirion clients.   There's other aspects of that

19   agreement that I believe are at issue, or agreements that

20   are at issue in this case.   And I think there's

21   allegations that apply to all defendants regarding the

22   use of confidential information, protected information

23   that belonged to Aspirion.

24             So, I mean, broadly, those are the

25   allegations that I understand, but certainly my report
```

David M. Duffus Volume 1
January 17, 2025

1    more precisely outlines exactly what has been alleged.

2    BY MR. POLLARD:

3         Q.    Okay.  Walk me through this business, all

4    right?

5              In terms of the specific segment of

6    business at issue where the attorney and defendants are

7    allegedly engaging in misconduct, walk me through this

8    business.

9              How does Aspirion make money?

10        A.    Well, Aspirion --

11             MR. GILMORE:  Objection.  Form.

12        A.    Aspirion has clients who place claims that

13   have been denied.  Aspirion employees then for lack of a

14   better term work those claims to collect some or all of

15   what has been denied, and in doing so generates revenue

16   of commission, or a fee maybe is a better way to

17   characterize it, based on what they collect, and

18   particularly based on the age of the claim that they're

19   dealing with.

20   BY MR. POLLARD:

21        Q.    So when you say loss profits, the profits

22   are in the form of a fee that's collected via these

23   claims?

24        A.    Well, the fee is the revenue.  There are

25   certain costs that go with collecting that revenue.  So

David M. Duffus Volume 1
January 17, 2025

1    to reach a conclusion on loss profits there are costs

2    that have been deducted from the fee revenue to derive

3    the loss profits.

4         Q.    Sure.  But what I'm getting at is when we

5    talk about --

6              (Due to loss of internet connection this

7         ends Volume I, at 1:13 p.m.)

8              (Reading and signing were not waived.)

9

10                     -  -  -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

David M. Duffus Volume 1
January 17, 2025

```
 1                     CERTIFICATE OF OATH

 2

 3

 4

 5   STATE OF FLORIDA  )

 6                     ) ss.

 7   COUNTY OF BROWARD )

 8

 9

10         I, Niomi L. Ross, Registered Professional

11   Reporter, Notary Public, State of Florida, certify that

12   David M. Duffus, remotely appeared before me on the 17th

13   day of January 2025 and was duly sworn.

14

15

16         WITNESS my hand and official seal this 19th day of

17   January 2025.

18

19

20

21

22         -------------------------------
             Niomi L. Ross, RPR
23           Notary Public - State of Florida
             My Commission # HH 572631
24           My Commission expires: August 24, 2028

25
```

David M. Duffus Volume 1
January 17, 2025

```
 1            STENOGRAPHIC REPORTER'S CERTIFICATE

 2

 3       I, NIOMI LYNN ROSS, RPR No. 7969, Registered

 4   Professional Reporter, certify;

 5       That the proceedings were taken before me at the

 6   time and place therein set forth, at which time the

 7   witness was put under oath by me;

 8       That the testimony of the witness, the questions

 9   propounded, and all objections and statements made at the

10   time of the examination were recorded stenographically by

11   me and were thereafter transcribed;

12       That a review of the transcript by the deponent

13   was not requested;

14       That the foregoing is a true and correct

15   transcript of my shorthand notes so taken.

16       I further certify that I am not a relative or

17   employee of any attorney of the parties, nor financially

18   interested in the action.

19       I declare under penalty of perjury under the laws

20   of Florida that the foregoing is true and correct.

21       Dated this 19th of January, 2025

22

23                   _Niomi Ross_

24            NIOMI LYNN ROSS, RPR, 7969

25
```

David M. Duffus Volume 1
January 17, 2025

```
1                    WITNESS NOTIFICATION LETTER

2      January 19, 2025

3      David M. Duffus
       C/O Stein Mitchell Beato & Missner, LLP
4      2000 K ST NW, Suite 600
       Washington, D.C.  20006
5      ATTN: ROBERT GILMORE, ESQUIRE

6      In Re:   Mainsail Parent, LLC vs. David Jewell
                Remote Deposition taken on January 17, 2025
7                U.S. Legal Support Job No.:  6792910-001

8

9      The transcript of the above-referenced proceeding has
       been prepared and is being provided to your office for
10     review by the witness.

11

12     We respectfully request that the witness complete their
       review within 30 days and return the errata sheet to our
       office at the below address or via email to:
13     Southeastproduction@uslegalsupport.com.

14

       Sincerely,
15

16     Niomi Ross

17     Niomi L. Ross, RPR
       U.S. Legal Support, Inc.
18     100 Northeast 1st Avenue, Suite 470
       Fort Lauderdale, Florida   33301
19     954-463-2933

20

21
       CC via transcript
22     Jonathan Pollard, Esq.
       Robert Gilmore, Esq.
23

24

25
```

David M. Duffus Volume 1
January 17, 2025

```
 1                      ERRATA SHEET

 2
                DO NOT WRITE ON THE TRANSCRIPT
 3                ENTER CHANGES ON THIS PAGE

 4
                IN RE:  MAINSAIL PARENT, LLC VS.
 5                       DAVID JEWELL
                        DAVID M. DUFFUS
 6                      JANUARY 17, 2025
                U.S. LEGAL JOB NO.:  6792910-001
 7     ------------------------------------------------------
 8     Page No.  Line No.     Change           Reason
       _____
 9
       _____
10
       _____
11
       _____
12
       _____
13
       _____
14
       _____
15
       _____
16
       _____
17
       _____
18
       _____
19
       _____
20
       _____
21

22     Under penalties of perjury, I declare that I have read
       the foregoing document and that the facts stated in it
       are true:
23

24

25     _____
       Date                       David M. Duffus
```

David M. Duffus Volume 1
January 17, 2025

**1**

**1:13**
  13:7

**3**

**35**
  6:7

**4**

**40**
  5:15

**A**

Abel
  9:4 10:20
ability
  4:15
above
  4:3
accurately
  7:16
actions
  8:14
addressed
  8:7
affirm
  4:13
afternoon
  4:24
age
  12:18
agree
  7:24 8:4
agreement
  11:19
agreements
  11:16,19
allegations
  6:2 11:13,
  15,21,25

alleged
  11:10 12:1
allegedly
  12:7
alternative
  5:14
analyses
  7:1
analyzing
  7:3
answer
  6:21
apply
  11:21
approximately
  5:11 6:5
arbitration
  5:14
around
  6:7
asking
  9:9
aspects
  8:8 11:18
Aspirion
  5:21 7:20
  8:15 11:5,
  18,23 12:9,
  10,12,13
Aspirion's
  11:10
assisting
  6:12 7:21
associated
  11:8
attorney
  5:22 7:20
  8:15,18,19
  9:13 11:4,5
  12:6
attribute
  11:9

**B**

based

12:17,18
basis
  10:12
Beautiful
  5:5
believe
  11:19
belonged
  11:23
best
  4:15
better
  12:14,16
broad
  8:1
broadly
  7:13 11:24
business
  7:20 8:8
  12:3,6,8

**C**

calculating
  11:7
call
  10:15
camera
  4:7
Cameron
  8:20
capturing
  11:14
case
  9:3,14 10:6,
  20 11:20
caused
  8:15 9:9
  11:5
centered
  7:21
certain
  12:25
certainly
  6:22 7:19
  11:13,25

challenge
  5:18
characterizat
ion
  8:5 9:2
characterize
  7:13 12:17
claim
  12:18
claims
  7:21 8:7
  12:12,14,23
clarify
  6:8
clarity
  9:19
classify
  8:1
clear
  11:2
client
  7:5
clients
  7:21 11:18
  12:12
collect
  12:14,17
collected
  12:22
collecting
  12:25
comment
  7:18
commission
  12:16
communication
s
  6:17,21
company
  8:24 11:5
conclusion
  13:1
confidential
  11:22
confused
  10:5

David M. Duffus Volume 1
January 17, 2025

confusion
  10:23 11:2
connection
  5:21 13:6
consolidated
  9:5
controversial
  10:22
correct
  5:25 6:1
  8:16 11:6
costs
  12:25 13:1
counsel
  6:18
couple
  8:10
court
  4:5,11 5:7
  10:16
created
  6:14
Cycle
  7:14

**D**

damages
  6:6,14 11:3
data
  7:3
Daubert
  5:18
DAVID
  4:19
dealing
  12:19
deducted
  13:2
defendant
  9:4,13
defendants
  5:22 8:15,
  18,19,20 9:1
  10:4,5,18,20
  11:4,8,16,21

  12:6
defer
  11:13
define
  8:17
definition
  7:25
denials
  7:16 8:2
denied
  7:22 8:7
  12:13,15
deposition
  4:1 5:16
derive
  13:2
described
  7:16
developed
  7:9
developing
  7:2
development
  7:6
DIRECT
  4:22
disclose
  6:17
discussion
  6:24
discussions
  7:5
dispute
  5:15 7:3,12
District
  10:8
doctrine
  6:19
documents
  7:7
doing
  12:15
dollars
  9:8
due
  13:6

Duffus
  4:19,24 5:6
  9:10 10:2,4
duly
  4:20

**E**

employees
  12:13
employment
  11:16
ends
  13:7
engaging
  12:7
exactly
  12:1
EXAMINATION
  4:22
examined
  4:20
excess
  5:15
excluded
  5:18
expert
  5:9,12,20,23
  9:7

**F**

fair
  7:15
fairness
  7:19
faith
  10:12
familiar
  5:24 6:2
Federal
  6:19
fee
  12:16,22,24
  13:2

fifth
  9:13
firm
  6:11
first
  4:20 9:14
  10:6,20
five
  9:1 10:5,17
  11:5,8
Florida
  4:3
follows
  4:21
form
  5:14 7:17
  8:3,22 9:11
  11:11 12:11,
  22
foundation
  8:3 9:11
four
  8:19 9:1,3
  10:4,20 11:4

**G**

generally
  6:25 7:25
generates
  12:15
getting
  13:4
Gilmore
  6:15 7:17
  8:3,22 9:11,
  20,24 10:3,
  10,15,17
  11:11 12:11
give
  4:14 6:16
God
  4:16
good
  4:24 5:2
  10:12

David M. Duffus Volume 1
January 17, 2025

government
   4:6,8

**H**

hand
   4:12
hear
   5:3
help
   4:16
high
   8:11
hours
   6:7

**I**

identification
   4:7,9
identity
   4:9
impersonally
   6:9
improper
   9:23 10:8
include
   5:15
included
   5:13
including
   11:17
incorrect
   9:24
independent
   6:21
individuals
   6:11
industry
   7:12,25 8:2,
   6
information
   7:4 10:14
   11:22

initially
   7:2
instruction
   6:16,20
internet
   13:6
interrupt
   9:25 10:3
issue
   6:3 7:12
   11:19,20
   12:6
issued
   4:6,8
issues
   7:4

**J**

Jewell
   8:20
Jonathan
   9:12
judge
   10:16

**K**

Kelly
   8:21
kind
   6:24
kindly
   4:6
know
   5:14 6:24
   9:12 10:17,
   19 11:13
knowledge
   4:15 5:17,19

**L**

lack
   12:13

Large
   4:3
lawsuit
   9:5
leaving
   9:13
level
   8:11
limit
   10:9
limited
   6:16,20 7:24
limiting
   8:5
linear
   6:24
litigation
   5:21 8:20
local
   10:9
loss
   8:15 9:8,9
   11:6,7 12:21
   13:1,3,6
losses
   11:10

**M**

make
   10:12 12:9
Management
   7:14
Mays
   8:20
mean
   6:9 8:7,17
   11:12,24
mentioned
   10:4
millions
   9:7
misconduct
   12:7
miscounting
   10:24

misrepresent
   10:13
money
   12:9

**N**

named
   9:4
nature
   5:24 7:3,11
necessarily
   6:23
Niomi
   4:1
Notary
   4:2

**O**

objection
   6:15 7:17
   8:3,22 9:11,
   21,22 10:7,
   9,11 11:11
   12:11
objections
   9:17
obtaining
   7:3
okay
   5:17,20,24
   6:23 10:18
   11:2,9 12:3
one
   7:18 9:6
opposed
   7:25
outlines
   12:1
overlooking
   9:14

**P**

p.m.

David M. Duffus Volume 1
January 17, 2025

13:7
**participants**
  8:6
**penalty**
  4:16
**perjury**
  4:16
**personally**
  6:7,8,9
**personnel**
  7:6
**pertinent**
  7:4 10:13
**pinning**
  9:10
**place**
  6:25 12:12
**please**
  4:12 9:16
  10:9
**POLLARD**
  4:23 6:22
  7:23 8:9,23
  9:16,22
  10:1,7,15
  11:1 12:2,20
**precisely**
  12:1
**preparing**
  6:6
**present**
  4:6
**presents**
  4:8
**principals**
  11:4
**proceeding**
  5:7
**proceedings**
  5:25
**process**
  6:13
**product**
  6:18
**Professional**
  4:2

**profits**
  9:8,9 11:6,7
  12:21 13:1,3
**protected**
  6:18 11:22
**provide**
  8:10
**Public**
  4:2
**purposely**
  9:12

_____

**Q**

**questions**
  9:18 10:13

_____

**R**

**Raise**
  4:11
**RCM**
  7:14,16,25
  8:1,6
**reach**
  13:1
**reading**
  13:8
**regarding**
  11:16,21
**Registered**
  4:2
**relates**
  11:15
**Remote**
  4:1
**report**
  5:20,23 6:6,
  12,14,25 7:7
  11:3,14,25
**Reporter**
  4:2,5,11
**reports**
  7:1
**respect**
  11:17

**revenue**
  7:13 8:16
  12:15,24,25
  13:2
**right**
  4:12 5:3
  12:4
**Robert**
  9:17
**Ross**
  4:1
**rules**
  6:19 9:23
  10:9

_____

**S**

**saying**
  9:7 10:19
**schedules**
  7:7,9
**segment**
  12:5
**sentences**
  8:11
**separate**
  9:5
**servicing**
  11:17
**signing**
  13:8
**sir**
  4:25
**sixth**
  10:21
**solemnly**
  4:13
**solicitation**
  11:17
**Southern**
  10:8
**spare**
  9:16
**speaking**
  9:17,20,22
  10:7,9,10

**specific**
  12:5
**specify**
  7:15
**spend**
  6:5
**spent**
  6:11
**start**
  7:2
**State**
  4:3
**STENOGRAPHIC**
  4:5,11
**steps**
  6:24
**submit**
  11:3
**submitted**
  5:20,23 11:3
**sure**
  8:4,25 13:4
**swear**
  4:13
**sworn**
  4:20
**synopsis**
  8:11

_____

**T**

**taken**
  4:1
**talk**
  10:16 13:5
**team**
  6:10 7:10
**tell**
  5:11 9:6
**term**
  12:14
**terms**
  11:14 12:5
**testified**
  4:20 5:6,9,
  12

David M. Duffus Volume 1
January 17, 2025

**testify**
8:14
**testimony**
4:14
**theory**
8:11,13
**think**
6:7 11:12,
14,20
**time**
6:5,12
**times**
5:12,15
**trial**
5:13
**truth**
4:15
**trying**
9:18
**two**
11:15
**typically**
7:5

---

**U**

---

**understand**
7:19 8:5
11:25
**understanding**
7:2,11 8:25
9:19
**unfurled**
6:25

---

**V**

---

**verification**
4:7
**verified**
4:9
**versus**
6:9
**violations**
11:16

**Volume**
13:7

---

**W**

---

**waived**
13:8
**walk**
6:13 12:3,7
**way**
7:1,5,18
12:16
**witness**
4:6,8,17
5:9,12 6:17
**work**
6:18 12:14
**works**
6:10
**worth**
9:8

---

**Y**

---

**Yeah**
8:4