UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MAINSAIL PARENT, LLC
d/b/a ASPIRION, et al,                                    **CASE No. 1:24-cv-22875-CMA**

    *Plaintiffs*,

v.

DAVID JEWELL, et al

    *Defendants*.

_____/

**ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY
AND EXPERT REPORT OF CHERI KANE**

This cause is before the Court on Defendants' Motion to Exclude the Testimony and Expert Report of Cheri Kane (ECF No. 115) ("Motion"). Upon review and consideration, it is hereby **ORDERED AND ADJUDGED**:

1. The Motion is **GRANTED.** Ms. Kane's testimony and expert report are hereby excluded from the trial of this matter.

**DONE** and **ORDERED** in Chambers, Miami, Florida this ____ day of January 2025.

 

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE