UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MAINSAIL PARENT, LLC
d/b/a ASPIRION; and
SPECIALIZED HEALTHCARE
PARTNERS, LLC,

CASE No. 1:24-cv-22875-CMA

    *Plaintiffs*,

v.

DAVID JEWELL; MICHAEL
CAMERON; ALISHA MAYS;
MEGAN KELLY; TERNIUM LLC; and
DEVANNIE ABELL,

    *Defendants*.
_____/

**NOTICE OF SETTLEMENT AND**
**JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT**

Plaintiffs Mainsail Parent, LLC d/b/a Aspirion and Specialized Healthcare Partners, LLC and Defendants David Jewell, Michael Cameron, Alisha Mays, Megan Kelly, Ternium, LLC, and Devannie Abell, by and through their attorneys, hereby notify the Court pursuant to Local Rule 16.4 that they have entered into a settlement agreement in which the parties have, *inter alia*, agreed to entry of the Stipulated Judgment in a Civil Case in the form attached hereto as Exhibit A (the "Stipulated Judgment"). Accordingly, the parties jointly and respectfully move for entry of this Stipulated Judgment and for the relief set forth therein. The parties have further agreed to request that the Court retain jurisdiction over the parties to enforce and adjudicate breaches of the Stipulated Judgment and the parties' settlement agreement.

WHEREFORE, the parties respectfully move the Court for entry of the Stipulated Judgment in the form attached as Exhibit A to this motion, and further respectfully move that the Court deny all pending motions as moot, terminate the preliminary injunction entered in this case (D.E. 60), and direct the Clerk is directed to close this case.

[*REMAINDER OF PAGE LEFT BLANK*]

Dated: February 6, 2025

By: /s/ *Christopher S. Prater*

   Jonathan E. Pollard
   Florida Bar. No. 83613
   jpollard@pollardllc.com
   Christopher S. Prater
   Florida Bar No. 105488
   cprater@pollardllc.com
   Michael A. Boehringer
   Florida Bar No. 1018486
   mboehringer@pollardllc.com
   **Pollard PLLC**
   401 E. Las Olas Blvd., #1400
   Fort Lauderdale, FL 33301
   Tel: 954-332-2380

   ***Attorneys for Defendants***

Respectfully submitted,

By: /s/ *Jorge D. Guttman*

   Jorge D. Guttman
   Florida Bar No. 15319
   jguttman@gunster.com
   Becky N. Saka
   Florida Bar No. 1010315
   bsaka@gunster.com
   Nicolaos Soulellis
   Florida Bar No. 1031737
   nsoulellis@gunster.com
   **GUNSTER**
   600 Brickell Avenue, Suite 3500
   Miami, FL 3313
   Tel: 305-376-6000

   Robert B. Gilmore*
   Philip J. O'Beirne*
   Kevin L. Attridge*
   Samantha P. Christensen*
   Jacqueline C. Lau*
   **STEIN MITCHELL BEATO**
   **& MISSNER LLP**
   2000 K Street NW, Suite 600
   Washington, DC 20005
   Tel: 202-737-7000
   RGilmore@steinmitchell.com
   PObeirne@steinmitchell.com
   KAttridge@steinmitchell.com
   SChristensen@steinmitchell.com
   JLau@steinmitchell.com

   * admitted *pro hac vice*

   ***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on February 6, 2025, a true and correct copy of the foregoing has been filed with the Clerk of the Court and using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                      /s/ *Jorge D. Guttman*
                                      Jorge D. Guttman